

# Fourth Court of Appeals
## San Antonio, Texas

May 23, 2013

No. 04-13-00192-CV and 04-13-00193-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF S.S.,
A MENTALLY ILL PERSON,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2013-MH-0659 and 2013-MH-0591
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Appellant's first motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before June 8, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of May, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court